IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CR-055-MR-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| CASSANDRA SLOANE HENRY, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Amend Pretrial Release Order" (Document No. 29) filed August 25, 2020. Having carefully considered the motion and the record, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Amend Pretrial Release Order" (Document No. 29) is **GRANTED**. The Pretrial Release Order is amended to reflect that **August 31, 2020** will be the date for Defendant's admission into the residential inpatient treatment program at the Swain Recovery Center in Black Mountain, NC.

**SO ORDERED**.

Signed: August 28, 2020

David C. Keesler
United States Magistrate Judge